# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 10, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

158926

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
            Plaintiff-Appellee,

v                                                      SC: 158926
                                                       COA: 339186
                                                       Eaton CC: 16-020072-FC

JUSTIN EARL BOWLES,
            Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the December 20, 2018 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 10, 2019

Clerk

d0507